IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01640-AP

CLARENCE PORTER,

    Plaintiff,

v.

JO ANNE B. BARNHART,  Commissioner of Social Security

    Defendant.

---

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

---

**1. APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

    For Plaintiff:
    ANTHONY W. BARTELS
    P.O. Box 1640
    Jonesboro, AR 72403-1640
    (870) 972-5000
    E-mail: beckyc@bartelslawfirm.com

    For Defendant:
    THOMAS H. KRAUS
    Special Assistant United States Attorney
    1961 Stout Street, Suite 1001A
    Denver, Colorado  80294
    303) 844-0017
    E-mail: tom.kraus@ssa.gov

**2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

**3. DATES OF FILING OF RELEVANT PLEADINGS**

    **A.**     **Date Complaint Was Filed:** August 16, 2006

    **B.**     **Date Complaint Was Served on U.S. Attorney's Office:** August 25, 2006

    **C.**     **Date Answer and Administrative Record Were Filed**: October 24, 2006

**4.**     **STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

    The parties state that the record is complete.

**5.**     **STATEMENT REGARDING ADDITIONAL EVIDENCE**

    The parties state that there is no additional evidence.

**6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

    The parties states that the case raises no unusual claims or defenses.

**7. OTHER MATTERS**

    None.

**8. PROPOSED BRIEFING SCHEDULE**

    **A.**     **Plaintiff's Opening Brief Due:** December 15, 2006

    **B.**     **Defendant's Response Brief Due:** January 26, 2007

    **C.**     **Plaintiff's Reply Brief (If Any) Due:** February 09, 2007

**9. STATEMENTS REGARDING ORAL ARGUMENT**

    The parties do not request oral argument.

**10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

      **A.**    **(X) All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**

      **B.**    **( ) All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

**11. OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

**12. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.*

      DATED this 31st day of October, 2006.

                                        BY THE COURT:

                                        S/John L. Kane
                                        U.S. DISTRICT COURT JUDGE

APPROVED:

| | |
|---|---|
| s/ Anthony W. Bartels<br>ANTHONY W. BARTELS<br>P.O. Box 1640<br>Jonesboro, AR 72403-1640<br>(870) 972-5000<br>E-mail: beckyc@bartelslawfirm.com<br><br>Attorney for Plaintiff | TROY A. EID<br>UNITED STATES ATTORNEY<br><br>s/ Kurt J. Bohn<br>KURT J. BOHN<br>Assistant U.S. Attorney<br>1225 Seventeenth Street, Suite 700<br>17th Street Plaza<br>Denver, Colorado 80202<br>Telephone: (303) 454-0100<br>kurt.bohn@usdoj.gov<br><br>s/ Thomas H. Kraus<br>THOMAS H. KRAUS<br>Special Assistant U.S. Attorney<br>1961 Stout St., Suite 1001A<br>Denver, Colorado 80294<br>Telephone: (303) 844-0017<br>tom.kraus@ssa.gov<br><br>Attorney for Defendant(s) |