IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.  **06-cv-1640-AP**

**CLARENCE PORTER,**

Plaintiff,

v.

**LINDA S. McMAHON, Acting Commissioner of Social Security,**

Defendant.

---

## ORDER

---

Kane, J.

This matter is before the Court on Defendant's Unopposed Motion to Remand (doc. #18), filed February 1, 2007.  This Court has reviewed the file and considered the motion. It is hereby

**ORDERED** that the motion is **GRANTED**.   This civil action is remanded to Defendant for additional administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

Dated:  February 2, 2007

BY THE COURT:

*S/John L. Kane*
JOHN L. KANE, SENIOR JUDGE
UNITED STATES DISTRICT COURT